IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00215-MSK-CBS

JAMES LOVELL NASH,

    Plaintiff,

v.

UNKNOWN NUMBER OF AURORA POLICE OFFICERS,
OFFICER IRONS, Aurora Police Dept.,
OFFICER SHELTON, Aurora Police Dept., and
JOHN DOE 1, Aurora Police Dept.,

    Defendants.

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    The above captioned case has been referred to Magistrate Judge Craig B. Shaffer by District Judge Marcia S. Krieger, pursuant to the Order of Reference dated April 20, 2006. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and FED.R.CIV.P. 72(a) and (b).

    It is hereby **ORDERED** that a preliminary Scheduling Conference is set for **August 17, 2006, at 9:15 a.m.,** in Courtroom 3, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 844-2117** at the scheduled time.

    It is the responsibility of the **Plaintiff** to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

DATED at Denver, Colorado, this 9th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge