IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00215-MSK-CBS

JAMES LOVELL NASH,
    Plaintiff,
v.

UNKNOWN NUMBER OF AURORA POLICE OFFICERS,
    Defendants.

ORDER GRANTING SERVICE OF SECOND AMENDED COMPLAINT
BY UNITED STATES MARSHAL[1]

Pursuant to the Order of Reference dated April 20, 2006 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

On April 20, 2006, Nash was granted leave to proceed *in forma pauperis* without prepayment of fees pursuant to 28 U.S.C. § 1915. (*See* doc. # 16). Nash filed his Second Amended Complaint (doc. # 11) on March 15, 2006. Accordingly,

IT IS NOW ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from the Defendants named on page 2 of the Second Amended Complaint. Nash represents that Defendants Officer Irons and Officer Shelton may be served at the Aurora Police Department, 15001 E. Alameda Pkwy., Aurora, CO 80012.

If a waiver of service cannot be obtained by the Clerk, the United States Marshal

---

[1] The court is unable to order service on John Doe Defendants.

1

shall serve a copy of the Second Amended Complaint (doc. # 11) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that, after service of process on the Defendant(s), the Defendant(s) or counsel for the Defendant(s) shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 23rd day of May, 2006.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00215-MSK-CBS

James Lovell Nash
Prisoner No. 200500010559
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Officer Irons, and Officer Shelton


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Officer Irons, and Officer Shelton: SECOND AMENDED COMPLAINT FILED 3/15/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/25/06.

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk